### DEAN SANFORD *v.* CLINTON PUBLIC SCHOOLS ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 54 Conn. App. 266 (AC 18240), is denied.

BERDON, J., did not participate in the consideration or decision of this petition.

*Penn Rhodeen*, in support of the petition.

Decided November 2, 1999